**STIP**
JAMES W. HOWARD, ESQ.
Nevada Bar No. 4636
THE HOWARD LAW FIRM
9030 W. Cheyenne Avenue, #210
Las Vegas, NV 89129
Tel: 702-293-4600
Fax: 702-993-4009
Attorneys for Defendant
jhoward@howardlawlv.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT J. SICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | Case No. 2:16-cv-00513-GMN-VCF<br><br>**STIPULATION TO DISMISS EXTRA CONTRACTUAL CLAIMS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff VINCENT J. SICA, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective undersigned counsel of record, that Plaintiff Vincent J. Sica's extra contractual causes of action for (1) bad faith, (2) Defendant Progressive Direct Insurance Company's alleged statutory violations of NRS 686A.310(b) and (3) the prayer for punitive damages are dismissed. The parties further stipulate that Plaintiff Sica may maintain his action for contractual uninsured motorist benefits against Defendant Progressive, though Defendant Progressive retains the right to raise all appropriate defenses to Plaintiff

Sica's claim, including but not limited to, the defense that there was no contact between Mr. Sica's motorcycle and the vehicle Mr. Sica alleges hit his motorcycle and fled.

DATED this 9th day of January, 2017.

| THE HOWARD LAW FIRM | VANNAH & VANNAH |
|---|---|
| By: /s/ James W. Howard<br>James W. Howard, Esq.<br>Nevada Bar No. 4636<br>9030 W. Cheyenne Avenue, #210<br>Las Vegas, NV 89129<br>Attorney for Defendants | By: /s/ John B. Greene<br>John B. Greene, Esq.<br>Nevada Bar No. 4279<br>400 S. 7th Street, 4th Floor<br>Las Vegas, NV 89101<br>Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT J. SICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>    Defendants. | Case No. 2:16-cv-00513-GMN-VCF<br><br>**ORDER** |

Pursuant to the parties' stipulation it is hereby:

ORDERED that Plaintiff Vincent J. Sica's extra contractual causes of action for (1) bad faith, (2) Defendant Progressive Direct Insurance Company's alleged statutory violations of NRS 686A.310(b) and (3) the prayer for punitive damages are dismissed;

IT IS FURTHER ORDERED that Plaintiff Sica may maintain his action for contractual uninsured motorist benefits against Defendant Progressive, though Defendant Progressive retains the right to raise all appropriate defenses to Plaintiff Sica's claim, including but not limited to, the defense that there was no contact between Mr. Sica's motorcycle and the vehicle Mr. Sica alleges hit his motorcycle and fled.

DATED this 12 day of January, 2017.

_____
The Honorable Gloria M. Navarro
United States District Judge.

1