JAMES W. HOWARD, ESQ.
Nevada Bar No. 4636
THE HOWARD LAW FIRM
9030 W. Cheyenne Avenue, #210
Las Vegas, NV 89129
Tel: 702-293-4600
Fax: 702-993-4009
Attorneys for Defendant
jhoward@howardlawlv.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT J. SICA,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No. 2:16-cv-00513-GMN-VCF<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE** |

WHEREAS, on June 23, 2017, the Court entered an Order Scheduling Settlement Conference. Pursuant to the Order, the Settlement Conference is scheduled for July 13, 2017 at 10:00 a.m.

WHEREAS, the parties have agreed to a Binding Arbitration in this case to be held on November 29, 2017.

IT IS HEREBY STIPULATED AND AGREED by and between John B. Greene, Esq., of Vannah & Vannah, Attorney for Plaintiff VINCENT SICA, and James W. Howard, Esq., of The Howard Law Firm, Attorneys for Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, that the Settlement

. . .

. . .

. . .

. . .

. . .

. . .

1

Conference be vacated so that the parties may participate in a Binding Arbitration on November 29, 2017.

Respectfully submitted this 29th day of June, 2017.

| THE HOWARD LAW FIRM | VANNAH & VANNAH |
|---|---|
| By /s/ James W. Howard | By /s/ John B. Greene |
| JAMES W. HOWARD, ESQ.<br>Nevada Bar No. 4636<br>9030 W. Cheyenne Avenue, #210<br>Las Vegas, Nevada 89129<br>Attorneys for Defendant | John B. Greene, Esq.<br>Nevada Bar No. 4279<br>400 S. 7th Street, 4th Floor<br>Las Vegas, NV 89101<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 6-29-2017