# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| VINCENT SICA, <br><br> Plaintiffs, <br><br> vs. <br> PROGRESSIVE DIRECT INSURANCE COMPANY, *et al.*, <br><br> Defendants. | 2:16-cv-00513-GMN-VCF <br> **ORDER** |

Before the Court is the Motion to Withdraw (ECF No. 31).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion to Withdraw (ECF No. 31) is scheduled for 11:00 AM, September 7, 2017, in Courtroom 3D.

DATED this 16th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE