# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT J. SICA, | ) |
| Plaintiff, | ) Case No.: 2:16-cv-00513-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) |
| Defendant. | ) |

On June 29, 2017, the parties indicated to the Court that they agreed to binding arbitration. Upon a finding that parties are subject to arbitration, the Court has discretion to either stay the action while the arbitration proceeds or dismiss the case without prejudice. *Sparling v. Hoffman Const. Co.*, 864 F.2d 635, 638 (9th Cir. 1988); *Stewart v. Dollar Loan Ctr., LLC*, No. 2:13-cv-0182-JCM-PAL, 2013 WL 3491254, at *4 (D. Nev. July 10, 2013).

On July 19, 2017, the Court issued a Minute Order requiring the parties to explain whether this case should remain open in light of the arbitration agreement. Neither party responded to this Order, and the deadline to do so has now passed. Accordingly, and based on the parties' representations, **IT IS HEREBY ORDERED** that this case is dismissed without prejudice.

The clerk of court is instructed to close the case.

**DATED** this 25 day of August, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court